IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| CHRISTIAN PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: |
| | ) | 1:23-CV-00352-CBB |
| JESSAMINE HEALTHCARE, INC., | ) | |
| CORRECT CARE SOLUTIONS, LLC/ | ) | |
| WELLPATH, LLC, GEENANDER | ) | Christopher B. Brown |
| RAJU, INDIVIDUALLY AND IN HER | ) | United States Magistrate Judge |
| OFFICIAL CAPACITY AS NURSE | ) | |
| JESSAMINE HEALTHCARE, | ) | |
| INC./CORRECT CARE SOLUTIONS, | ) | |
| LLC/WELLPATH, LLC; KIM SMITH, | ) | |
| INDIVIDUALLY AND IN HER | ) | |
| OFFICIAL CAPACITY AS NURSE; | ) | |
| LOUIS IAFRATE, INDIVIDUALLY | ) | |
| AND IN HIS OFFICIAL CAPACITY | ) | |
| AS PHYSICAL THERAPIST; | ) | |
| JESSAMINE HEALTHCARE, INC., | ) | |
| DR. PAUL DEL BIANCO, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS DOCTOR | ) | |
| JESSAMINE HEALTHCARE, | ) | |
| INC./CORRECT CARE SOLUTIONS, | ) | |
| LLC/WELLPATH, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this 13th day of March, IT IS HEREBY ORDERED that

Defendants CORRECT CARE SOLUTIONS, LLC/ WELLPATH, LLC, JESSAMINE

HEALTHCARE, INC.'s motion ECF No. 108 is **GRANTED** as unopposed, and those

parties are terminated from this action;

1

IT IS FURTHER ORDERED that Defendants PAUL DEL BIANCO, GEENANDER RAJU's motion ECF No. 110 is **DENIED**;

IT IS FURTHER ORDERED that Defendant KIM SMITH's motion ECF No. 121 is **DENIED**;

IT IS FURTHER ORDERED that Plaintiff's request to amend his complaint is denied as moot; and

IT IS FURTHER ORDERED that remaining Defendants' answer is due by **April 3, 2026**.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge